# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY V. VALENCIA<br><br>Debtor(s) | Case No. 16-23700 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lon A Jenkins, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2016.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 08/09/2016.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $1,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $430.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$430.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $225.15 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $30.10 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$255.25** |

Attorney fees paid and disclosed by debtor:    $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICA FIRST CREDIT UNION | Unsecured | NA | 813.01 | 813.01 | 0.00 | 0.00 |
| AMERICA FIRST CREDIT UNION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bonneville Billing & Collections, Inc. | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| CLEAR MANAGEMENT SOLUTIONS | Unsecured | 2,308.00 | NA | NA | 0.00 | 0.00 |
| E Partner Net | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS RECOVERY SERVICES | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| INTERMOUNTAIN HEALTH CARE | Unsecured | NA | 18,661.85 | 18,833.72 | 0.00 | 0.00 |
| JOHNSON MARK LLC | Unsecured | 3,628.00 | NA | NA | 0.00 | 0.00 |
| Jordan Valley Medical Center | Unsecured | NA | 14,786.82 | 14,786.82 | 0.00 | 0.00 |
| Jordan Valley Medical Center | Unsecured | NA | 3,125.63 | 3,125.63 | 0.00 | 0.00 |
| Ken Garff | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK NATIONAL ASSOCIATION | Unsecured | NA | 194.92 | 194.92 | 0.00 | 0.00 |
| LAW OFFICES OF KIRK CULLIMORE | Unsecured | 159.00 | 4,134.44 | 4,134.44 | 0.00 | 0.00 |
| LAW OFFICES OF KIRK CULLIMORE | Unsecured | NA | 3,551.32 | 3,551.32 | 0.00 | 0.00 |
| Link Debt Recovery | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| Money Tree Finance | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MOUNTAIN AMERICA CREDIT UNION | Unsecured | 904.00 | 1,016.11 | 1,016.11 | 0.00 | 0.00 |
| Mountain Land Collections, Inc. | Unsecured | 1,107.00 | NA | NA | 0.00 | 0.00 |
| Mountain Land Collections, Inc. | Unsecured | NA | 16,063.74 | 16,063.74 | 0.00 | 0.00 |
| Mountain Loan Centers, Inc. | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| N.A.R., INC | Unsecured | NA | 314.25 | 314.25 | 0.00 | 0.00 |
| N.A.R., INC | Unsecured | NA | 784.21 | 784.21 | 0.00 | 0.00 |
| N.A.R., INC | Unsecured | NA | 85.28 | 85.28 | 0.00 | 0.00 |
| Nevada West Financial | Secured | 13,071.13 | 13,750.43 | 13,750.43 | 174.75 | 0.00 |
| NORTH AMERICAN RECOVERY | Unsecured | 674.00 | NA | NA | 0.00 | 0.00 |
| North American Recovery | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| Outsource Receivables Management | Unsecured | 9,436.00 | NA | NA | 0.00 | 0.00 |
| OutSource Receivables Management | Unsecured | NA | 454.93 | 454.93 | 0.00 | 0.00 |
| Pediatric Anesthesiologists, Inc. | Unsecured | 3,628.00 | NA | NA | 0.00 | 0.00 |
| SFC-CENTRAL BK & RECOVERY DEP | Unsecured | NA | 450.00 | 450.00 | 0.00 | 0.00 |
| Solucion Hispana | Unsecured | 879.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| University of Utah Healthcare | Unsecured | NA | 10.19 | 10.19 | 0.00 | 0.00 |
| Utah Department of Workforce Services | Priority | 1,930.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,750.43 | $174.75 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,750.43** | **$174.75** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$64,618.57** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $255.25 |
| Disbursements to Creditors | $174.75 |
| **TOTAL DISBURSEMENTS:** | **$430.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/14/2016                          By: /s/ Lon A Jenkins
                                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

16-23700

CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Final Report and Account was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on September 14, 2016:

BEVERLY V. VALENCIA, 657 S REDWOOD RD #1205, SALT LAKE CITY, UT 84104

MATTHEW BROADBENT, ECF NOTIFICATION

    /s/ Office of Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**