Matthew K. Broadbent (09667)
Vannova Legal, PLLC
47 West 9000 South #1
Sandy, Utah 84070
Telephone: (801) 415-9800
Facsimile: (801) 415-9818
Email: info@VannovaLegal.com
*Attorney for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division**

| | |
|---|---|
| In Re: | Case No. 16-23942 |
| BEVERLY VALENCIA | Chapter 13 |
| Debtors. | Judge Kevin R. Anderson |

**MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13, RESCHEDULE CONFIRMATION HEARING, AND REQUEST FOR ATTORNEY FEES AND COSTS**

**(Objection Deadline: October 3, 2016)**

**PLEASE TAKE NOTICE** that Debtor, through counsel undersigned, has filed with the United States Bankruptcy Court for the District of Utah, a Motion to Vacate Dismissal Pursuant to Fed.R.Civ.P 60(B) and Bankruptcy Rule 9024 ("Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must:

**(1)** on or before **October 3, 2016**, file with the Bankruptcy Court a written Objection, explaining your position at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **October 3, 2016**. You must also mail a copy to the undersigned counsel at Vannova Legal, PLLC, 47 West 9000 South #1, Sandy UT 84070.

**(2)** attend a hearing on **October 17, 2016 at 1:30 PM in Courtroom 376**, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, UT 84111. **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion to Vacate Dismissal and may enter an order granting that relief.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion to Vacate Dismissal without hearing.

DATED:  September 16, 2016.

/s/ Matthew K. Broadbent
Attorney for Debtors

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **NOTICE AND MOTION TO VACATE DISMISSAL PURSUANT TO FED.R.CIV.P. 60(B) AND BANKRUPTCY RULE 9024** was served by ECF (as noted below), or addressed to the following persons, deposited in the U.S. mail, first class, postage fully pre-paid on August 17, 2016 to the following:

*US Trustee*
United States Trustee
(By ECF)

*Trustee*
Lon A. Jenkins
Chapter 13 Trustee
(By ECF)

*Creditors*
Attached Mailing Matrix
(By U.S. Mail)

      /s/ Jenny Leato

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 16-23700<br>District of Utah<br>Salt Lake City<br>Fri Sep 16 18:34:42 MDT 2016 | ASPENWOOD APTS<br>C/O KIRK CULLIMORE<br>644 E UNION SQUARE<br>SANDY, UT 84070-3403 | America First Credit Union<br>PO Box 9199<br>Ogden, UT 84409-0199 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Bonneville Billing & Collections, Inc.<br>PO Box 150621<br>Ogden, UT 84415-0621 | Matthew K. Broadbent<br>Vannova Legal, PLLC<br>47 West 9000 South #1<br>Sandy, UT 84070-2043 |
| Callaway Apartments<br>C/O KIRK CULLIMORE<br>644 E UNION SQUARE<br>SANDY, UT 84070-3403 | Clear Management Solutions<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | Crest Financial, inc.<br>61 W 13490 S<br>Draper, UT 84020-7209 |
| Dr Calvins Clinic<br>3800 3500 S<br>Salt Lake City, UT 84120-3306 | E Partner Net<br>740 E 1910 S<br>Provo, UT 84606 | Eagle's Landing Apartments<br>625 Redwood Rd<br>Salt Lake City, UT 84104-3618 |
| Emergency Physicians Integrated Care<br>144 S 500 E<br>Salt Lake City, UT 84102-1907 | Express Recovery Services<br>Po Box 26415<br>Salt Lake City, UT 84126-0415 | Thomas E. Goodwin<br>Parr Brown Gee & Loveless<br>101 South 200 East<br>Suite 700<br>Salt Lake City, UT 84111-3105 |
| Granger Medical Clinic<br>3181 W 9000 S<br>West Jordan, UT 84088-5610 | Green Light Auto Solutions<br>Tito's Auto Sales<br>4740 S State St<br>Salt Lake City, UT 84107-3839 | HLS of Nevada, LLC<br>Nevada West Financial<br>7625 Dean Martin Drive<br>Las Vegas NV 89139-5974 |
| Iasis/Jordan Valley Hospital<br>3580 West 9000 South<br>West Jordan, UT 84088-8899 | Intermountain Health Care, Inc.<br>P.O. Box 27808<br>Salt Lake City UT 84127-0808 | Intermountain Healthcare<br>PO Box 27808<br>Salt Lake City, Utah 84127-0808 |
| Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Jiffy Lube / Lube management Corporation<br>7430 Creek Rd<br>Sandy, UT 84093-6158 | Johnson Mark LLC<br>4246 S Riverboat Rd Ste<br>Salt Lake City, UT 84123-2587 |
| Jordan Valley Medical Center<br>Camie Snowden<br>406 W. South Jordan Parkway, Ste. 300<br>South Jordan, Utah 84095-3956 | Ken Garff<br>4175 W 3500 S<br>Salt Lake City, UT 84120-3203 | KeyBank N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 |
| Link Debt Recovery<br>9176 S 300 W<br>Sandy, UT 84070-2668 | Money Tree Finance<br>C/o Security Finance<br>Spartanburg, SC 29304 | Mountain America Credit Union<br>735 S. State St. 3rd Floor<br>Salt Lake City, UT 84111-3821 |

```
Mountain Land Collections, Inc.         Mountain Loan Centers, Inc.            Mountain Medical Physician Specialist
Law Offices of Quinn M Kofford          Attn: Bankruptcy                        Dept 340
PO Box 1425                             PO Box 3000                             PO Box 20015
American Fork UT 84003-6425             Anaheim, CA 92803-3000                  Salt Lake City, UT 84130


N.A.R. Inc.                             North American Recovery                 Office Recovery Services
PO BOX 271014                           NAR Inc                                 PO Box 45033
SALT LAKE CITY, UT 84127-1014           PO Box 271014                           Salt Lake City, UT 84145-0033
                                        Salt Lake City, UT 84127-1014


Outsource Receivables Management        Pediatric Anesthesiologists, Inc.       SFC Central Bankruptcy
372 24th St Ste 300                     100 Mario Capecchi Dr                   PO Box 1893
Ogden, UT 84401-1438                    Salt Lake City, UT 84132-0001           Spartanburg, SC 29304-1893


Solucion Hispana                        United States Trustee                   University Health Care
1321 East 3300 South #19                Ken Garff Bldg.                         127 South 500 East, Ste. 420
Salt Lake City, UT 84106-3015           405 South Main Street                   Salt Lake City, Utah 84102-1979
                                        Suite 300
                                        Salt Lake City, UT 84111-3402


University of Utah Healthcare           Utah Department of Workforce Services   Utah State Tax Commission
PO Box 413064                           480 27th St                             Attn Bankruptcy Unit
Salt Lake City, UT 84141-3064           Ogden, UT 84401-4202                    210 North 1950 West
                                                                                Salt Lake City, UT 84134-9000


Beverly V. Valencia                     Western Anesthesia Associates, LLC      (p)ZIONS FIRST NATIONAL BANK
657 S Redwood Rd #1205                  PO Box 3810                             LEGAL SERVICES UT ZB11 0877
Salt Lake City, UT 84104-3643           Salt Lake City, UT 84110-3810           P O BOX 30709
                                                                                SALT LAKE CITY UT 84130-0709


Gale K. x3Francis
Office of the Attorney General
160 East 300 South
Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114-0874
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Zions Bank
PO Box 1507
Salt Lake City, UT 84110-1507
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Behija Smajlovic

(d)Express Recovery Services, Inc.
PO Box 26415
Salt Lake City, UT 84126-0415

(u)Green Light Auto Solutions, LLC

(u)Jack Tracy

End of Label Matrix
Mailable recipients    48
Bypassed recipients     4
Total                  52